```
                    UNITED STATES DISTRICT COURT        JS 6
                  FOR THE CENTRAL DISTRICT OF CALIFORNIA
                            WESTERN DIVISION
```

DANIEL KILROE,                    )    No. CV 07-6107 R (VBKx)
                                  )
    Plaintiff,                    )
                                  )    **[PROPOSED]**
    v.                            )    **ORDER DISMISSING CASE**
                                  )
VETERANS AFFAIRS MEDICAL          )
CENTER; RUDKIN SMITH, M.D.,       )
                                  )
    Defendants.                   )    Honorable Manuel L. Real
                                  )

       The Federal Defendants' motion to dismiss came on for hearing on January 14, 2008 at 10:00 a.m.

       The Court notes that this matter was previously set for hearing on January 7, 2008 at 10:00 a.m.  The parties appeared but there was no record of any filing by Plaintiff in opposition to the motion.  The Court put the matter over until January 14, 2008, so that Plaintiff, who is representing himself, could file an opposition.

       No opposition was filed before January 14, 2008.  On the day of the hearing, the Plaintiff handed the Court and counsel for the Federal Defendants an opposition which expressed the Plaintiff's willingness to follow the Federal Rules of Procedure.

       The Federal Defendants' motion to dismiss for lack of subject matter is well taken, as this Court derives its jurisdiction from the state court when the action is removed pursuant to 28 U.S.C. § 1442.  Because the state court lacked subject matter jurisdiction over the Federal Defendants, this

1  Court lacks subject matter jurisdiction.  <u>In re Elko County Grand
2  Jury</u>, 109 F.3d 554, 555 (9th Cir. 1997); *see also* <u>Golden Eagle
3  Insurance Corp. v. Allied Technology Group</u>, 83 F.Supp.2d 1132,
4  1134 (C.D.Cal. 1999) *citing* <u>Minnesota v. United States</u>, 305. U.S.
5  382, 389, 59 S.Ct. 292, 295, 83 L.Ed. 235 (1939).
6       THEREFORE, IT IS HEREBY ORDERED that Plaintiff's Complaint
7  is DISMISSED without prejudice.
8
9  DATED: January 28, 2008    _____
                               MANUEL L. REAL
10                             United States District Judge
11
12  Presented by:
13  THOMAS P. O'BRIEN
    United States Attorney
14  LEON W. WEIDMAN
    Assistant United States Attorney
15  Chief, Civil Division
16
17       /s/
    _____
    DAVID A. DeJUTE
18  Assistant United States Attorney
19  Attorneys for Federal Defendants
20
21
22
23
24
25
26
27
28